Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
LAW OFFICES OF PANOS LAGOS
5032 Woodminster Lane
Oakland, CA 94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panoslagos@panoslagoslaw.com

*Attorneys for Plaintiffs*,
PATRICIA MUGRAUER and
WADE MUGRAUER

Adam U. Lindgren (SBN: 177476)
alindgren@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12$_{th}$ Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF
MODESTO, POLICE CHIEF GALEN
CARROLL and OFFICER JOHN C. LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA MUGRAUER** and **WADE MUGRAUER**,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**CITY OF MODESTO**, a municipal corporation, Modesto Police Department Chief **GALEN CARROLL**, in his Individual and Official Capacities, Modesto Police Officer **JOHN C. LEE**, Individually, and **DOES 1** through **50**, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00480-AWI-SAB<br><br>**ORDER REFERRING ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

　　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the non-binding, Voluntary Dispute Resolution Program.

Dated: July 5, 2016　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　LAW OFFICE OF SANJAY S. SCHMIDT
　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　LAW OFFICES OF PANOS LAGOS

　　　　　　　　　　　　　　　　　*/s/ Sanjay S. Schmidt*[1]
　　　　　　　　　　　　　　　　　By: SANJAY S. SCHMIDT
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*,
　　　　　　　　　　　　　　　　　PATRICIA MUGRAUER and
　　　　　　　　　　　　　　　　　WADE MUGRAUER

---

[1] Pursuant to Local Rule 131(e), approval has been obtained from counsel to submit this document on counsel's behalf.

2

Dated: July 5, 2016                Respectfully Submitted,

                        MEYERS, NAVE, RIBACK, SILVER & WILSON

                        */s/ Blake P. Loebs*
                        By: BLAKE P. LOEBS
                        Attorneys for Defendants and CITY OF
                        MODESTO, POLICE CHIEF GALEN
                        CARROLL and OFFICER JOHN C. LEE

## ORDER

Pursuant to the stipulation of the parties, this matter is HEREBY REFERRED to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated:   **July 5, 2016**

                        _____
                        UNITED STATES MAGISTRATE JUDGE

3