# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MUGRAUER, et al., )<br>          Plaintiffs, )<br>     vs. )<br>CITY OF MODESTO, et al. )<br>          Defendants. )<br> ) | Case No. 1:16-cv-00480-AWI-SAB<br><br>ORDER RE STIPULATION TO FILE<br>FIRST AMENDED COMPLAINT<br><br>(ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiffs shall file their first amended complaint within twenty-four (24) hours of the date of docketing of this order.

IT IS SO ORDERED.

Dated:   **December 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1