UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MUGRAUER and WADE MUGRAUER,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants | CASE NO. 1:16-CV-0480 AWI SAB<br><br>ORDER FOR CLERK TO ENTER JUDGMENT PURSUANT TO PLAINTIFF PATRICIA MUGRAUER'S ACCEPTANCE OF A RULE 68 OFFER OF JUDGMENT<br><br>(Doc. No. 23) |

On January 15, 2017, Plaintiff Patricia Mugrauer filed a notice of acceptance of Defendants' Rule 68 offer of judgment. Plaintiff requested that judgment be entered against the City of Modesto pursuant to the terms of the Rule 68 offer, but that the matter of attorneys' fees and costs be set by the Court if the parties cannot reach an agreement. See Doc. No. 23.

Federal Rule of Civil Procedure 68 provides in relevant part: ". . . a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If . . . the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment." Fed. R. Civ. P. 68(a). As Rule 68(a) provides, once an offer of judgment is accepted, the clerk is under a duty to enter judgment. See id.; Nusom v. Comh Woodburn, Inc., 122 F.3d 830, 834 (9th Cir. 1999).

Here, the terms of the Rule 68 offer are essentially that: (1) judgment be entered in favor of Patricia Mugrauer and against the City of Modesto in the sum of $745,651.01, plus reasonable attorneys' fees and costs incurred up to the date of the offer; (2) all claims against all Defendants by Patricia Mugrauer be dismissed with prejudice; and (3) the amount of accrued costs and attorneys' fees are to be set by the Court in accordance with applicable law. See Doc. No. 23 at Ex. A ¶¶ 1-3. The Rule 68(a) offer does not address the claims of Plaintiff Wade Mugrauer. See id. at Ex. A. "Rule 68 offers and acceptances . . . are actively supported by courts." Latshaw v.

Trainer Wortham & Co., 452 F.3d 1097, 1103 (9th Cir. 2006).  Therefore, the Court will direct the Clerk to enter judgment in favor of Patricia Mugrauer and provide a mechanism for resolving the issue of fees and costs.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall enter judgment in favor of Patricia Mugrauer and against the City of Modesto in the amount of  $745,651.01;
2. All claims by Patricia Mugrauer against all Defendants are DISMISSED with prejudice;
3. The Clerk shall note on the docket that Patricia Mugrauer was terminated as a party as of the date of this order;
4. The parties shall meet and confer regarding the costs and attorneys' fees that Patricia Mugrauer has accrued up to and including January 11, 2017;
    a. If the parties reach an agreement as to the amount of Patricia Mugrauer's costs and attorney's fees, the parties shall submit a stipulation and proposed order to the Court as soon as possible;
    b. If no agreement or stipulation can be reached by February 10, 2017, then Patricia Mugrauer shall file a motion for costs and attorneys' fees on or by February 16, 2017, Defendants shall file a response or opposition on or by February 23, 2017, and Patricia Mugrauer shall file a reply on or by March 2, 2017; and
5. This case remains open with respect to the claims made by Plaintiff Wade Mugrauer.

IT IS SO ORDERED.

Dated:   January 19, 2017                     _____
                                               SENIOR  DISTRICT  JUDGE