## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                            **JUDGMENT IN A CIVIL CASE**

**WADE MUGRAUER, ET AL.,**

                                                       CASE NO: **1:16–CV–00480–AWI–SAB**

              v.

**CITY OF MODESTO, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/19/17**

                                                          **Marianne Matherly**
                                                          Clerk of Court

    ENTERED:  **January 19, 2017**

                                            by: /s/ R. Gonzalez_____
                                                           Deputy Clerk