**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| PATRICIA MUGRAUER, et al., | Case No. 1:16-cv-00480-AWI-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |
| v. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the June 30, 2016 scheduling order is amended as follows:

1. Non-Expert Discovery deadline: June 14, 2017:
2. Expert Disclosure: July 12, 2017:
3. Supp. Expert Disclosure: August 9, 2017:
4. Expert Discovery: September 8, 2017
5. Deadline to file non-dispositive motions: September 15, 2017
6. Deadline to file dispositive motions: September 29, 2017
7. Pre-Trial Conference before District Judge Anthony W. Ishii on October 19, 2017, at 10:00 a.m. in Courtroom 2; and

8. Jury Trial before District Judge Anthony W. Ishii on December 5, 2017 at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:  **February 9, 2017**

UNITED STATES MAGISTRATE JUDGE