**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA  94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA  94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiffs*,
PATRICIA MUGRAUER and
WADE MUGRAUER

Adam U. Lindgren (SBN: 177476)
alindgren@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants POLICE CHIEF
GALEN CARROLL, OFFICER JOHN C. LEE
and CITY OF MODESTO

1

2

**UNITED STATES DISTRICT COURT**

3

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

4

| | |
|---|---|
| PATRICIA MUGRAUER and WADE MUGRAUER, | **Case No. 1:16-cv-00480-AWI-SAB** |
| Plaintiffs, | **STIPULATION & [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR FILING OF ATTORNEYS' FEES MOTION** |
| v. | Trial Date:        August 1, 2017 |
| CITY OF MODESTO, a municipal corporation, Modesto Police Department Chief GALEN CARROLL, in his individual and official capacities, Modesto Police Officer JOHN C. LEE, individually, and DOES 1 through 50, jointly and severally, | |
| Defendants. | |

5

6

7

8

9

10

11

12

13

14

On February 9, 2017, the parties filed the following stipulation:

15

16

Pursuant to this Court's Order for Clerk to Enter Judgment Pursuant to Plaintiff Patricia Mugrauer's Acceptance of a Rule 68 Offer of Judgment (Dkt. 24), the parties are to meet-and-confer regarding the attorneys' fees and costs owed to Patricia Mugrauer under the terms of the Rule 68 Offer. The parties are still in the process of meeting-and-conferring and require additional time to attempt to resolve these outstanding issues short of a litigated motion. If this is unfruitful, a motion will be filed and litigated, but the parties require an additional 45-days to attempt to resolve these issues without a motion.

17

18

19

20

21

22

Accordingly, in the interest of judicial economy, the parties respectfully request that the following deadlines in the Court's Order (Dkt. 24) be extended as follows:

23

24

If no agreement or stipulation can be reached by March 27, 2017, then Plaintiff shall file a motion for costs and attorneys' fees on or by April 3, 2017, Defendants shall file a response or opposition on or by April 10, 2017, and Plaintiff shall file a reply on or by April 17, 2017.

25

26

27

28

STIPULATION & [PROPOSED] ORDER TO
EXTEND TIME FOR FILING OF
ATTORNEYS' FEES MOTION
1:16-CV-00480-AWI-SAB

1    DATED:  February 9, 2017                    Respectfully Submitted,

2                                                LAW OFFICE OF SANJAY S. SCHMIDT
                                                 -and-
3                                                LAW OFFICES OF PANOS LAGOS

4

5                                                By:   /s/ Sanjay S. Schmidt

6                                                      Sanjay S. Schmidt
                                                       *Attorneys for Plaintiffs*,
7                                                      PATRICIA MUGRAUER and WADE
                                                       MUGRAUER
8

9    DATED:  February 9, 2017                    Respectfully Submitted,

10                                               MEYERS, NAVE, RIBACK, SILVER & WILSON
11

12                                               By:   /s/ Blake P. Loebs

13                                                     Blake P. Loebs
                                                       David Mehretu
14                                                     Attorneys for Defendants POLICE CHIEF
                                                       GALEN CARROLL, OFFICER JOHN C. LEE
15                                                     and CITY OF MODESTO

16

17           After reviewing the matter, the Court will give effect to the parties' stipulation.  However,

18   by March 27th the parties will have had more than enough time to attempt to agree on the matter

19   of fees and costs.  The Court is disinclined to further alter the deadlines or briefing schedule on

20   these issues.

21

22                                         **ORDER**

23           Accordingly, IT IS HEREBY ORDERED that:

24   1.      If the parties are able to reach an agreement as to the amount of Patricia Mugrauer's costs

25           and attorney's fees, then the parties shall submit a stipulation and proposed order to the

26           Court as soon as possible;

27   2.      If no agreement or stipulation can be reached by March 27, 2017, then:

28
     STIPULATION & [PROPOSED] ORDER TO
     EXTEND TIME FOR FILING OF
     ATTORNEYS' FEES MOTION
     1:16-CV-00480-AWI-SAB

     a.       Patricia Mugrauer shall file a motion for costs and attorneys' fees on or by April 3, 2017;

     b.       Defendants shall file a response or opposition on or by April 10, 2017;

     c.       Patricia Mugrauer shall file a reply on or by April 17, 2017; and

3.     This case remains open and on-going with respect to the claims made by Plaintiff Wade Mugrauer.

IT IS SO ORDERED.

Dated:  February 10, 2017                    

                    SENIOR  DISTRICT  JUDGE

STIPULATION & [PROPOSED] ORDER TO
EXTEND TIME FOR FILING OF
ATTORNEYS' FEES MOTION
1:16-CV-00480-AWI-SAB