# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MUGRAUER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF MODESTO, et al.,<br><br>          Defendants. | Case No.  1:16-cv-00480-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(ECF No. 30) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to hold the Voluntary Dispute Resolution Program session shall be extended to May 23, 2017.

IT IS SO ORDERED.

Dated:     **February 23, 2017**

                                        UNITED STATES MAGISTRATE JUDGE

1