Adam U. Lindgren (SBN 177476)
alindgren@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN 145790)
bloebs@meyersnave.com
David Mehretu (SBN 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF MODESTO, POLICE CHIEF GALEN CARROLL, OFFICER JOHN C. LEE, and OFFICER RANDY RADUECHEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| PATRICIA MUGRAUER and WADE MUGRAUER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MODESTO, a municipal corporation, MODESTO POLICE DEPARTMENT CHIEF GALEN CARROLL, in his individual and official capacities, MODESTO POLICE OFFICERS JOHN C. LEE, individually, RANDY RADUECHEL, individually, and DOES 1 through 50, jointly and severally,<br><br>　　　　Defendants. | Case No. 1:16-CV-00480-AWI-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING OF ATTORNEYS' FEES MOTION**<br><br><br><br>Trial Date:　　　December 5, 2017 |

CASE NO. 16-CV-00480-AWI-SAB
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE ATTORNEYS' FEES MOTION

1  The parties have filed the following stipulation:

2

3  Pursuant to the Court's Order for Clerk to Enter Judgment Pursuant to Plaintiff Patricia

4  Mugrauer's Acceptance of a Rule 68 Offer of Judgment (Dkt. 24), the parties are to meet-and-

5  confer regarding the attorneys' fees and costs owed under the terms of the Rule 68 Offer.  The

6  parties are still in the process of meeting-and-conferring and require additional time to attempt to

7  resolve these outstanding issues short of a litigated motion.  If this is unfruitful, a motion will be

8  filed and litigated, but the parties require an additional four weeks to attempt to resolve these

9  issues without a motion.

10  Accordingly, in the interest of judicial economy, the parties respectfully request that the

11  following deadlines in the Court's Order (Dkt. 29) be extended as follows:

12  If no agreement or stipulation can be reached by April 24, 2017, then Plaintiff shall file a

13  motion for costs and attorneys' fees on or by May 1, 2017, Defendants shall file a response or

14  opposition on or by May 8, 2017, and Plaintiff shall file a reply on or by May 15, 2017.

15  DATED:  March 31, 2017            Respectfully submitted,

16                                   MEYERS, NAVE, RIBACK, SILVER & WILSON

17

18                                   By:     /s/ Blake P. Loebs
                                     Blake P. Loebs
19                                   Attorneys for Defendants CITY OF MODESTO,
                                     POLICE CHIEF GALEN CARROLL, OFFICER
20                                   JOHN C. LEE, and OFFICER RANDY
                                     RADUECHEL
21
                                     LAW OFFICES OF SANJAY S. SCHMIDT
22                                   -and-
                                     LAW OFFICES OF PANOS LAGOS
23  DATED:  March 31, 2017

24
                                     By:    /s/ Sanjay S. Schmidt (as authorized on 3/23/17)
25                                   Sanjay S. Schmidt
                                     Attorneys for Plaintiffs PATRICIA MUGRAUER
26                                   and WADE MUGRAUER

27  The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is

28  submitted concur in the filing's content and have authorized the filing.

The Court previously granted an extension of time to file a stipulation. In that order, the Court stated that it would be disinclined to grant further extensions. <u>See</u> Doc. No. 29. The parties did not address this order or the Court's admonition. Nevertheless, in the interest of judicial efficiency, the Court will grant the parties their requested extension this time. However, because more than enough time will have elapsed since by April 24 in which to resolve the attorney's fees issue, no further extensions of time will be granted.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for extension of time is approved;
2. If the parties reach an agreement regarding Patricia Mugrauer's attorney's fees and costs, they shall submit a stipulation to the Court as soon as possible;
3. If no agreement can be reached by April 24, 2017, the:
   a. Patricia Mugrauer shall file a motion for costs and attorney's fees on or by May 1, 2017;
   b. Defendants shall file a response on or by May 8, 2017; and
   c. Patricia Mugrauer shall file a reply on or by May 15, 2017; and
4. This case remain open and on-going with respect to the claims made by Plaintiff Wade Mugrauer.

IT IS SO ORDERED.

Dated:  March 31, 2017                              _____
                                                            SENIOR DISTRICT JUDGE