UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MUGRAUER and WADE MUGRAUER,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants | CASE NO. 1:16-CV-0480 AWI SAB<br><br>ORDER VACATING BRIEFING SCHEDULE AND SETTING DEADLINE FOR FILING ANY ADDITIONAL PAPERS |

On January 19, 2017, the Court ordered the Clerk to enter judgment in favor of Plaintiff Patricia Mugrauer and against the City of Modesto. See Doc. No. 24. The Court also provided a briefing schedule for parties to follow if they could not reach agreement on the issue of attorneys' fees and costs. See id. After extensions of time were granted, on April 28, 2017, Plaintiff's counsel submitted a notice of settlement with respect to the issue of attorneys' fees and costs. See Doc. No. 34. Because it appears that an agreement has been reached on the issue of attorneys' fees and costs, the latest briefing schedule is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The briefing schedule set on March 31, 2017 is VACATED in light of the notice of settlement;

2. Within fourteen days of service of this order, the parties shall submit any further appropriate documents to the Court that may be necessary to effectuate full settlement of Plaintiff Patricia Mugrauer's claims;[1] and

3. This case remains open and on-going with respect to the claims by Plaintiff Wade Mugrauer.

IT IS SO ORDERED.

Dated: May 2, 2017

_____
SENIOR DISTRICT JUDGE

---

[1] The Court is unaware of the precise terms of the settlement, but judgment has already been entered in favor of Patricia Mugrauer. If the parties believe that no further action by the Court is needed with respect to Patricia Mugrauer claims, then the parties do not need to file any further papers with the Court. If the parties do not file any other papers within the time specified in this order, the Court will view Patricia Mugrauer's claims to be entirely resolved.